UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV

2005 AUG 23 A 9 47

CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. CR505-12 |
| ) | |
| ROGER HAMELIN, and ) | |
| REBEKAH HAMELIN ) | |

## SCHEDULING ORDER

In accordance with the Court's instructions at the arraignment in this case, Local Criminal Rule 12.1 notwithstanding, all pretrial motions are to be filed within 10 days of the date of arraignment. The opposing party shall have 10 days to respond to any motion, except that in multiple defendant cases the government may file a joint response within 10 days after all defendants' motions have been filed.

Pretrial motions received by the Clerk outside the required period shall not be filed without leave of Court. Untimely motions will not be considered absent a showing of good cause for failure to file within the time set by the Court.

Pursuant to Local Criminal Rule 16.1, within 5 days after arraignment the United States Attorney and Defendant's attorney shall meet and confer, and, upon the defendant's request, the government shall produce forthwith the discovery material specified in that rule.

The Court will conduct a motions hearing on **Friday, September 23, 2005, at 10:00 a.m., in Third Floor Courtroom, Federal Building, Tebeau & Carswell Streets, Waycross, Georgia**. Assuming that a liberal discovery policy will be followed by the United States Attorney in this case, many if not all of the routine discovery motions filed by a defendant may be satisfied without the need

AO72A
(Rev. 8/82)

for intervention by the Court. Prior to the scheduled motions hearing, the Court will ask the parties to specify which motions (if any) remain in dispute. The Court will then hear argument and/or receive evidence on the unresolved motions.

The Court will conduct a pretrial conference in this case approximately 45 days after arraignment. Counsel who will try the case must be present at that conference.

The parties can expect this case to be tried approximately 70 days after arraignment, the actual trial date to be determined by the district judge consistent with the Court's schedule and the provisions of the Speedy Trial Act.

Counsel are instructed to file all requests to charge and proposed voir dire questions at least 7 days before jury selection.

**SO ORDERED** this 23rd day of August, 2005.

---
JAMES E. GRAHAM
UNITED STATES M AGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

CASE NO.: CR505-12 U.S.A. V. ROGER HAMELIN, REBEKAH HAMELIN

DATE SERVED: August 23, 2005

BY: Lee G. LaVictoire

Magistrate Judge Graham
Minutes

____✓____ Hand delivered to the following in open court.

Brian McEvoy, AUSA
James Hardin, Esq.
Roger Hamelin
Rebekah Hamelin